IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAYMOND MATHIS, #140 252,     )
                                      )
     Plaintiff,                   )
                                      )
     v.                         )    CIVIL ACTION NO. 2:16-CV-600-MHT
                                      )                  [WO]
K. WILSON, *et al.*,          )
                                      )
     Defendants.             )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

On October 11, 2016, the court entered an order granting Plaintiff fourteen days to file an amended complaint. Doc. 7.  Plaintiff was cautioned that his failure to comply with the court's October 11 order would result in a Recommendation that his complaint be dismissed.  *Id*. On October 26, 2016, the court granted Plaintiff an additional thirteen days to comply with the court's October 11 order that he file an amended complaint. Doc. 9. The requisite time has passed and Plaintiff has not complied with the orders of the court.  Consequently, the court concludes that dismissal of this case is appropriate for Plaintiff's failures to prosecute this action and comply with the orders of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

It is further

ORDERED that **on or before December 16, 2016**, Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which Plaintiff objects.  Frivolous,

conclusive or general objections will not be considered by the District Court. This Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this 1st day of December 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE