IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, )<br>        )<br>    Plaintiff, )<br>        )        CIVIL ACTION NO.<br>    v.  )         2:16cv600-MHT<br>        )             (WO)<br>K. WILSON, et al., )<br>        )<br>    Defendants. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that nurses at Easterling Correctional Facility have a practice of denying prisoners medication when the prisoners were late to pill call and that correctional officers have been responsible for the prisoners' tardiness. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of December, 2016.

                                          /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**